MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

ALEXANDRA P. SUMMER (CABN 266483)
Assistant United States Attorney
   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   E-Mail: alexandra.summer@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 12-00879 JSW |
| ) | |
| Plaintiff, ) | STIPULATION AND [~~PROPOSED~~] |
| ) | ORDER EXCLUDING TIME UNDER |
| v. ) | THE SPEEDY TRIAL ACT |
| ) | |
| SERGIO PIMENTAL-SOLORIO, ) | |
| ) | |
| Defendant. ) | |

      The parties, through undersigned counsel, stipulate to the exclusion of time under the Speedy Trial Act from January 10, 2013 through and including February 14, 2013, the next date before the Honorable Jeffery S. White in this matter.

      The parties appeared before the Honorable Jeffrey S. White on January 10, 2013, for an initial appearance in this matter. Defendant was represented provisionally by Geoffrey Hansen. Nanci Clarence was appointed to represent defendant on January 14, 2013 by the Honorable Kandis A. Westmore. The parties appeared before the Honorable Jeffrey S. White on January 17, 2013 for a status conference. Nanci Clarence appeared for defendant. She represented to the Court that the government had produced complete discovery to her and that the parties jointly proposed to return on February 14, 2013, prepared to set dates in this matter during a further

[~~PROPOSED~~] ORDER EXCLUDING TIME
CR 12-00879 JSW

status conference.  The parties jointly requested that time be excluded under the Speedy Trial Act from January 10, 2013 through and including February 14, 2013 for effective preparation of counsel and continuity of defense counsel.

DATED: January 17, 2013             Respectfully submitted,

                                    MELINDA HAAG
                                    United States Attorney

                                    ____/s/_____
                                    ALEXA SUMMER
                                    Assistant United States Attorney

DATED: January 17, 2013             ____/s/_____
                                    NANCI CLARENCE
                                    Attorney for Defendant Sergio Pimental-Solorio

### [PROPOSED] ORDER

Based upon the above stipulation, and for good cause appearing, the Court orders that the time from and including January 10, 2013 through and including February 14, 2013, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), because the ends of justice served by such exclusion outweigh the best interest of the public and defendant in a speedy trial.  This finding is based upon the need for defendant and the government to have reasonable time necessary for effective preparation and for continuity of defense counsel pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: January 17, 2013             _____
                                    HON. JEFFREY S. WHITE
                                    UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER EXCLUDING TIME
CR 12-00879 JSW